**INTERNATIONAL GAMCO, INC.,**
Plaintiff/Counterclaim
Defendant–Appellee,

and

**John Adams, Counterclaim
Defendant–Appellee,**

and

**Oasis Technologies, Inc., Counterclaim
Defendant–Appellee,**

and

**Scott Henneman, Counterclaim
Defendant–Appellee,**

v.

**MULTIMEDIA GAMES, INC.,**
Defendant/Counterclaimant–
Appellant.

No. 2007–1034.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2007.

**ORDER**

Appellant having paid the initial filing fee, and the certified list having been filed, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant's brief is due on March 26, 2007.